2470.36

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HOANG NGUYEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 16-CV-2654-JAR |
| ) | |
| UNIFIED GOVERNMENT OF WYANDOTTE ) | |
| COUNTY/KANSAS CITY, KANSAS, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Hoang Nguyen and Defendant Unified Government of Wyandotte County/Kansas City, Kansas, by and through their attorneys of record, pursuant to the Court's Order (Doc. 58) and Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate to the dismissal of the above-captioned case with prejudice with the parties to bear their own costs and expenses.

Respectfully submitted,

McANANY, VAN CLEAVE & PHILLIPS, P.A.
10 E. Cambridge Circle Drive, Suite 300
Kansas City, Kansas 66103
Phone: (913) 371-3838
Fax: (913) 371-4722
rdenk@mvplaw.com
tmata@mvplaw.com

/s/ Teresa A. Mata
RYAN B. DENK #18868
TERESA A. MATA #24645

*Attorneys for Defendant*

And

Mark V. Dugan
Heather J. Schlozman
Dugan Schlozman, LLC
8826 Santa Fe Drive, Suite 307
Overland Park, Kansas 66212
Mark@duganschlozman.com
Heather@duganschlozman.com

/s/ Mark V. Dugan
Mark V. Dugan #23897
Heather J. Schlozman #23869

*Attorneys for Plaintiff*